| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br><br>MICHAEL SZU, ARNALDO FERNANDEZ,<br>and VINSON SANDERS, individually and on<br>behalf of other similarly situated,<br><br>                      Plaintiffs,<br><br>      -versus-<br><br>TGI FRIDAY'S INC. and CARLSON<br>RESTAURANTS WORLDWIDE, INC.,<br><br>                      Defendants.<br>-----------------------------------------------------------x | NOT FOR PUBLICATION<br><br><br><br><u>ORDER</u><br>12-CV-2707 |

JOHN GLEESON, United States District Judge:

        I have reviewed Magistrate Judge Bloom's November 5, 2012 Memorandum and Order along with defendants' timely objection. Defs' Notice Mot., ECF No. 30. I find that Magistrate Judge Bloom's decision requiring that the Notice and Consent form be posted in a conspicuous place in defendants' restaurant is not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, defendants' request for an order reversing this decision is denied.

                                                                             _____<br>
                                                                             JOHN GLEESON, U.S.D.J.

Dated: November 13, 2012<br>
       Brooklyn, New York